UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARINA A. MARTINEZ,

                Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

Case No. 13-CV-159 (KMK) (JCM)

ORDER ADOPTING R&R

KENNETH M. KARAS, District Judge:

       On October 5, 2016, Magistrate Judge McCarthy entered a Report & Recommendation (the "R&R") recommending that this Court deny Plaintiff's Motion for Judgment on the Pleadings and grant Defendant's Cross-Motion for Judgment on the Pleadings. (R&R 31 (Dkt. No. 27).) In the thorough R&R, Judge McCarthy provided notice that objections to the R&R were due within 14 days and that failure to object would preclude later appellate review of any order of judgment that will be entered. (*Id.* at 31–32.) No objections were filed.

       Because no objections have been filed, the Court reviews the R&R "only for clear error on the face of the record." *See Brennan v. Colvin*, No. 13-CV-6338, 2015 WL 1402204, at *1 (S.D.N.Y. Mar. 25, 2015) (internal quotation marks omitted); *see also Iannolo v. Astrue*, No. 10-CV-7602, 2012 WL 523619, at *1 (S.D.N.Y. Feb. 16, 2012) (same). Having reviewed the R&R for clear error and finding none, the Court adopts the R&R in its entirety.

Accordingly, it is hereby:

ORDERED that Plaintiff's Motion is denied and Defendant's Motion is granted. The Clerk of Court is respectfully requested to terminate the pending Motions, (Dkt. Nos. 21, 24), and close this case.

SO ORDERED.

Dated:  November 21, 2016
        White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE